GEORGE J. ELISBERG, Appellant, v. ALBERT H. COHEN, Respondent. SAMUEL H. WOLLMAN, Appellant, v. ALBERT H. COHEN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMINA VANDEWEGHE, Appellant, v. THE CITY OF NEW YORK, Respondent.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FAY SCHWARTZBLATT, Respondent, v. ALFRED P. UPSHUR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of an Arbitration of and Concerning Matters in Difference between GABRIEL RUBMAN, Appellant, and LEE-MAR CLOAK Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RAE GABOWITZ, Respondent, v. MAX M. HOLZER and Others, Defendants, Impleaded with MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant Massachusetts Mutual Life Insurance Company to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and grant the motion.

JAMES A. DEMAREST, Respondent, v. AMERICAN FOREIGN CREDIT CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BARO GRUBELICH, Respondent, v. NEW BRUNSWICK FIRE INSURANCE COMPANY OF NEW BRUNSWICK, N. J., Appellant.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for reversal and dismissal of the complaint.

MARIA MATERA, Appellant, v. MAX MILLER, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of LO MARK, Appellant, against SIDNEY S. LEVINE, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent and vote to reverse and grant motion.

SUNRISE APPLE CORPORATION, Appellant, v. CONNOLLY SHAW, LIMITED, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

---

*Affd., 263 N. Y. 672.    †Affd., 264 N. Y. 594.    ‡Affd., 264 N. Y. 554.